IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


PEDRO GARCIA                                                    PLAINTIFF

v.                              Civil No. 04-5310

SGT. HOOK, DEPUTY (MCPHERSON)
BRIsON, SGT. NANCE (formerly SHERRY)
and DEPUTY DANA LARKIN                                         DEFENDANTS

                              O R D E R

     Now on this 17th day of July, 2006, comes on for

consideration the **Magistrate Judge's Report and Recommendation**

(document #31), in this matter, to which no objections have been

filed, and the Court, having carefully reviewed said Report and

Recommendation, finds that it is sound in all respects, and that

it should be adopted *in toto*.

     **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report

and Recommendation is adopted *in toto*.**

     **IT IS FURTHER ORDERED** that, for the reasons stated in the

Magistrate Judge's Report and Recommendation, Defendants' Motion

for Summary Judgment (document #26) is hereby **granted and this

case is dismissed with prejudice.**

     **IT IS SO ORDERED.**


                              /s/Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE